Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN JAMES HENDRICKSON,<br><br>　　　　Defendant. | DOCKET NO. 6:14-mj-025-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　Defendant, Brian James HENDRICKSON, was arrested March 17, 2014, in Yosemite National Park and charged with two counts on citation: Citation 1864826: Speeding; and Citation 1864827: Driving with a suspended license. HENDRICKSON plead guilty April 16, 2014, to Citation 1864827 and the other citation was dismissed. HENDRICKSON was sentenced to the following: pay a $400 fine within 90 days, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing has been set for March 3, 2015, at 10:00 a.m. in Yosemite National Park. On February 24, 2015, this court signed a Probation Violation in which the Government alleged HENDRICKSON failed to pay his fine in full. On March 3, 2015, the Yosemite Legal Office received proof of full payment of the fine. The Government withdraws its request for a Probation Violation in this matter.

Dated: March 3, 2015              By:  /s/ Matthew McNease
                                  Matthew McNease
                                  Acting Legal Officer
                                  Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted.

IT IS SO ORDERED.

Dated:   March 3, 2015                  /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE